UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT LLC; ASHA DESAI; and PAUL DESAI,<br><br>Plaintiffs,<br><br>v.<br><br>JESSIE J. THALER, et al.,<br><br>Defendants. | No. 1:20-cv-1480-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE DUE TO PLAINTIFFS' FAILURE TO PAY THE FILING FEE AND OBEY COURT ORDERS<br><br>(Doc. No. 4) |

Plaintiffs initiated this action by filing a complaint in this court on October 13, 2020, but they failed to pay the required filing fee associated with the bringing of the action. Accordingly, on October 21, 2020, the assigned magistrate judge directed plaintiffs to pay the filing fee as required or file a motion to proceed *in forma pauperis* in this action. (Doc. No. 2.) To date, plaintiffs have neither filed a motion to proceed *in forma pauperis* nor paid the required filing fee.

On November 18, 2020, the magistrate judge therefore ordered plaintiffs to show cause why this action should not be dismissed due to their failure to comply with the court's order and failure to pay the required filing fee. (Doc. No. 3.) Because plaintiffs did not respond to the court's order to show cause and did not pay the filing fee, on December 8, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed without

1

prejudice due to plaintiff's failure to pay the filing fee and to comply with the court's orders. (Doc. No. 4.) The findings and recommendations were served on plaintiffs and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4.) To date, no objections to the pending findings and recommendations have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 8, 2020 (Doc. No. 4) are adopted in full;
2. The action is dismissed, without prejudice, due to plaintiffs' failure to pay the filing fee and failure to obey the court's orders; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 4, 2021**

UNITED STATES DISTRICT JUDGE